IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN G. SMITH,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>ROB JEFFREYS,<br><br>　　　　　　　Respondent. | **8:25CV471**<br><br>**MEMORANDUM AND ORDER** |

　　　　On December 15, 2025, Petitioner filed a Motion requesting additional documents that Petitioner appears to seek to have the Court consider in ruling on his pending Petition (the "Motion"). Filing No. 14. As set forth in the Court's progression order, if Petitioner deems the designation of state court records insufficient or needs additional records from the designation, "Petitioner may file a motion with the Court requesting additional documents. Such motion must set forth the documents requested and the reasons the documents are relevant to the cognizable claims." Filing No. 4 at 4. Accordingly,

　　　　IT IS ORDERED that:

　　　　1.　　Respondent shall have until February 23, 2026, to file and serve a brief in response to Petitioner's Motion requesting additional documents. Respondent may attach additional records to his response if deemed appropriate.

　　　　2.　　The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 23, 2026**: deadline for Respondent's brief.

　　　　3.　　The progression order deadlines set forth in this Court's September 20, 2025, Memorandum and Order are hereby suspended until

resolution of the Motion. Upon resolution the Court shall reset all deadlines including the deadline for Petitioner to file a brief in response to Respondent's answer.

Dated this 22nd day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge